UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, ) | 1:05-cv-01112-REC-SMS-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS** (**Doc. 4**) |
| v. ) | |
| ) | **ORDER DISMISSING PETITION** |
| FEDERAL CONGRESS MEMBER ) | **FOR WRIT OF HABEAS CORPUS** |
| ENFORCEMENT OF PLRA, et al., ) | |
| ) | **ORDER DISMISSING PETITION FOR** |
| Respondents. ) | **WRIT OF MANDATE AS MOOT (Doc.** |
| ) | **6)** |
| | |
| | **ORDER DIRECTING CLERK TO** |
| | **ENTER JUDGMENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On November 9, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, and that judgment be entered.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On November 21, 2005, Petitioner filed objections to the Findings and Recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendations are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    In addition to filing objections to the recommendation,
9 petitioner filed a petition for writ of mandate.  The court
10 dismisses the petition for writ of mandate as moot based on the
11 ruling adopted by the court herein.
12    Accordingly, IT IS HEREBY ORDERED that:
13    1.   The Findings and Recommendations, filed November 9, 2005,
14 are ADOPTED IN FULL;
15    2.   The Petition for Writ of Habeas Corpus is DISMISSED;
16    4.   The Petition for Writ of Mandate is DISMISSED;
17    3.   All pending motions are DENIED; and
18    4.   The Clerk of Court enter judgment.
19    IT IS SO ORDERED.
20 **Dated:  January 3, 2006**                    /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE